# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SABER HEALTHCARE GROUP,<br>*et al.*,<br><br>　　　　　Defendants | CASE NO. 23-1608 |

## MOTION OF PLAINTIFF TO PROCEED ANONYMOUSLY

Plaintiff hereby files the instant Motion to Proceed Anonymously and incorporates by reference all of the arguments contained in the accompanying Brief, as if the same were more fully set forth herein at length.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court grant the instant Motion to Proceed Anonymously; permit Plaintiff to use the pseudonym, "Jane Doe"; and permit Plaintiff to redact her home address from the Complaint.

Respectfully submitted,

*/s/ Justin F. Robinette*

DATED: 09/28/2023

Justin Robinette, Esquire
PA Supreme Court I.D. No. 319829
P.O. Box 15190
Philadelphia, PA 19130-9998
Tel: (267) 595-6254
Fax: (267) 592-3067
Justin@JRobinetteLaw.com

*Attorney for Plaintiff*

2

## **CERTIFICATE OF CONCURRENCE**

Plaintiff's Counsel has contacted opposing counsel about the filing of this Motion and opposing counsel does not object to the relief requested.

Respectfully submitted,

DATED: 09/28/2023        BY: _/s/ Justin F. Robinette_____

Justin Robinette, Esquire
PA Supreme Court I.D. No. 319829
P.O. Box 15190
Philadelphia, PA 19130
Tel: (267) 595-6254
Fax: (267) 592-3067
Justin@JRobinetteLaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, <u>JUSTIN F. ROBINETTE, ESQUIRE</u>, Attorney for Plaintiff, do hereby certify that on this <u>28th</u> day of <u>SEPTEMBER</u>, <u>2023</u>, Plaintiff's Motion of Plaintiff to Proceed Anonymously, and any accompanying documents, were filed using the Middle District of Pennsylvania's ECF system, and served on the following via e-mail on this same date, as follows:

Michael R. Galey, Esquire
Ivy Waisbord, Esquire
Fisher Phillips
Two Logan Square,
100 N. 18th Street, 12th Floor
Philadelphia PA 19103
mgaley@fisherphillips.com
iwaisbord@fisherphillips.com

*Attorney for Defendants*

Respectfully submitted,

DATED: <u>09/28/2023</u>     BY: *(signature)* Justin F. Robinette

Justin Robinette, Esquire
PA Supreme Court I.D. No. 319829
P.O. Box 15190
Philadelphia, PA 19130
Tel: (267) 595-6254
Fax: (267) 592-3067
Justin@JRobinetteLaw.com

*Attorney for Plaintiff*