IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | CASE NO. 23-1608 |
| Plaintiff, | |
| v. | |
| SABER HEALTHCARE GROUP, et al., | |
| Defendants | |

## ORDER

AND NOW, this 2ND day of October, 2023, upon consideration of the Motion of Plaintiff to Proceed Anonymously, and any Response thereto, it is hereby **ORDERED** and **DECREED** that the Plaintiff's Motion is **GRANTED.**

It is **FURTHER ORDERED** and **DECREED** as follows:

1. Plaintiff is permitted to file the Complaint so that the caption reflects the pseudonym, "Jane Doe";

2. The parties shall file any and all pleadings and other documents with the Court using the pseudonym, "Jane Doe," and/or shall redact any pleadings and other documents filed of Plaintiff's name;

3. Plaintiff is permitted to redact Plaintiff's address from the Complaint, and any amendment thereto.

BY THE COURT:

_____, J.